**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OSCAR EDUARDO SANTOS PIEDRA,

Petitioner,

v. Case No. 6:26-cv-2536-RBD-DCI

WARDEN VOLUSIA COUNTY BRANCH JAIL; CORRECTIONS DIRECTOR JOSEPH DEMORE; ACTING DIRECTOR DAVID VENTURELLA; SECRETARY OF DHS MARKWAYNE MULLIN; and US ATTY GEN TODD BLANCHE,

Respondents.

---

**ORDER**

Before the Court is Respondents' unopposed motion to dismiss (Doc. 7 ("Motion")). Petitioner filed a petition for a writ of habeas corpus alleging that he was being unlawfully detained by U.S. Immigration and Customs Enforcement ("ICE"). (*See* Doc. 1.) Now, Respondents represent that Petitioner was released from ICE custody on November 11, 2026, after receiving a bond hearing. (*See* Doc. 7, p. 2; Doc. 7-1.) So Respondents moved to dismiss the Petition as moot. (Doc. 7.) Petitioner does not oppose. (*See id.* at 3.) Because "[h]abeas is at its core a remedy for unlawful executive detention," and Petitioner has already been

released from ICE custody, his Petition must be dismissed as moot. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1242 (11th Cir. 2002).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Respondents' Motion (Doc. 7) is **GRANTED**.
2. The Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as moot. If Petitioner is later unlawfully re-detained, he may move to reopen this case without opening a new file.
3. The Clerk is **DIRECTED** to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 17, 2026.

ROY B. DALTON, JR.
United States District Judge